```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 18, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED METHODIST INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SURACY INSURANCE AGENCY, INC., <br><br> Defendant. | 22-CV-6668 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's motion for preliminary injunction pursuant to Federal Rule of Civil Procedure 65. ECF Nos. 14, 15. Defendant is directed to file a written response by **October 20, 2022**. Any reply must be filed by **October 25, 2022**.

The Court shall hold a telephonic hearing on the motion on **Thursday, October 27, 2022 at 12:30 p.m.** The parties shall contact the Court at **1-888-363-4749 (access code: 3768660)**.

SO ORDERED.

Dated: October 18, 2022
       New York, New York

*/s/ Andrew L. Carter*
ANDREW L. CARTER, JR.
United States District Judge