```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 3, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED METHODIST INSURANCE
COMPANY, INC.,

                Plaintiff,

-against-

SURACY INSURANCE AGENCY, INC.,

                Defendant.

22-CV-6668 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    A telephonic hearing on Plaintiff's motion for preliminary injunction was held on November 2, 2022. For the reasons stated on the record, the Court **GRANTED** Plaintiff's motion to seal at ECF No. 16 and reserved judgment on the motion for preliminary injunction.

    A further telephonic conference to discuss the motion shall be held on **November 17, 2022 at 11:00 a.m.** The parties shall contact the Court at **1-888-363-4749** (access code: **3768660**).

    In the interim, the parties are encouraged to engage in good faith settlement discussions and shall inform the Court via ECF by **November 15, 2022** whether the parties have reached a settlement or whether they would like more time for negotiations. All other deadlines are adjourned until **November 15, 2022**.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16.

    **So Ordered.**

**Dated: November 3, 2022**
       New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**