```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 16, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED METHODIST INSURANCE
COMPANY, INC.,

                Plaintiff,

-against-

SURACY INSURANCE AGENCY, INC.,

                Defendant.

22-CV-6668 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of Plaintiff's motion for a pre-motion conference to discuss its anticipated motion to dismiss Defendant's counterclaims. (ECF No. 39.) In accordance with the undersigned's individual rules, Defendant is directed to file a letter response by **November 18, 2022**.

    In light of the pre-motion conference request, the telephonic preliminary injunction hearing scheduled for November 17, 2022 at 11: a.m. is rescheduled to **Monday, November 21 at 4:00 p.m.** The parties shall contact the Court at **1-888-363-4749 (access code: 3768660)**. The parties should be prepared to discuss Plaintiff's motion for a pre-motion conference and Defendant's response.

**SO ORDERED.**

Dated: November 16, 2022
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**