**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/01/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED METHODIST INSURANCE COMPANY, INC.,**

                    **Plaintiff,**

-against-

**SURACY INSURANCE AGENCY, INC.**

                    **Defendant.**

**22-CV-6668 (ALC) (BCM)**

**PROPOSED ORDER SETTING DEADLINE TO FILE ANSWER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

This Court ordered the parties to meet and confer and propose a briefing schedule on UMIC's anticipated motion to dismiss certain portions of Suracy Insurance Agency, Inc.'s ("Suracy") Counterclaims. ECF Nos. 21, 39 and 43.

This Court is in receipt of United Methodist Insurance Company, Inc.'s November 29, 2022 letter, ECF No. 48, indicating that the parties met and conferred on Suracy's amended Answer and Counterclaims. ECF No. 45. Consistent with the parties' agreement reflected in Plaintiff's November 29, 2022 letter, it is hereby **ORDERED** that Plaintiff shall file its Answer to the Counterclaims by **December 20, 2022**.

      So Ordered.

**Dated:** 12/01, 2022
        New York, New York

                                           **ANDREW L. CARTER, JR**
                                           **United States District Judge**

5603326.1