USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED METHODIST INSURANCE COMPANY, INC.,

        Plaintiff,

-against-

SURACY INSURANCE COMPANY, INC.,

        Defendant.

22-CV-6668 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In accordance with the Revised Case Management Order (Dkt. 73) and for avoidance of doubt, the status conference previously scheduled for August 15, 2023, at 11:00 a.m. is now ADJOURNED to **December 13, 2023, at 11:00 a.m.** and the joint status letter previously due on August 8, 2023, is now due no later than **December 6, 2023**.

Dated: New York, New York
       July 7, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**