UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED METHODIST INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SURACY INSURANCE AGENCY, INC., <br><br> Defendant. | 22-CV-6668 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated on the record at the August 23, 2023 pre-motion conference, Defendant is **DENIED** leave to file a motion for partial summary judgment prior to the close of discovery.

**SO ORDERED.**

Dated: August 28, 2023
      New York, New York

                                      ANDREW L. CARTER, JR.
                                      United States District Judge