```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED METHODIST INSURANCE COMPANY, INC.,

        Plaintiff,

-against-

SURACY INSURANCE COMPANY, INC.,

        Defendant.

22-CV-6668 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed at today's status conference, **within one week of the close of fact discovery**, the parties, through counsel, must conduct at least one good-faith settlement discussion in real time (meaning, in person or by phone or videoconference) for at least 45 minutes. The parties must then file a joint letter advising the Court whether they seek a judicially supervised settlement conference, and if so, when. If the parties disagree as to whether a settlement conference would be productive, any party may submit a confidential letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov (marked "Confidential Settlement Material"), explaining that party's view.

Dated: New York, New York
       May 16, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**