USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED METHODIST INSURANCE COMPANY, INC.,

    Plaintiff,

-against-

SURACY INSURANCE AGENCY, INC.,

    Defendant.

---

22-CV-06668 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consulting with the parties, it is hereby ORDERED that:

1. The parties (separately or jointly) shall submit updated confidential settlement letters to chambers via email no later than **August 12, 2024, at 5:00 p.m.**

2. Defendant's time to respond to plaintiff's letter-motion for a Local Civil Rule 37.2 conference (Dkt. 95) is EXTENDED to **August 15, 2024**.

Dated: New York, New York
       August 8, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**