USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED METHODIST INSURANCE
COMPANY, INC.,

    Plaintiff,

-against-

SURACY INSURANCE AGENCY, INC.,

    Defendant.

22-CV-06668 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' updated confidential settlement letters, in which they outline two potential avenues to settlement, neither of which has yet been discussed in detail, and request an extension of their deadline to complete expert depositions, which is currently August 30, 2024. Ordinarily, an extension request must be made on the record by letter-application. In this case, however, the Court DENIES the request without waiting for the letter-application. The parties' new settlement initiatives, while welcome, are clearly still at a very early stage. For example, one proposal requires the participation of a third party, which (as of this morning) had not yet been contacted to gauge its interest. The parties have not convinced the Court that it would be efficient to delay the completion of discovery in hopes that one of the new proposals bears fruit.

    On a related note, the Court reminds the parties that it ordinarily holds only one settlement conference in any one case. If the parties believe that a judicially-supervised settlement conference would be more productive after they have further fleshed out the new proposals, they may contact chambers by telephone for appropriate dates for an adjourned conference.

Dated: New York, New York
       August 12, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**